# COURT PROCEEDING MEMO
## CONFIRMATION HEARING/TRUSTEE'S SHOW CAUSE

DATE: 12/20/10     CONTINUED HEARING __X__
TIME: 9:30 am     WITH CONDITIONS __X__
CASE #: 10-61399
IN RE: IVAN G MELSON    PRESENT: __X__
COUNSEL FOR DEBTOR(S): CALLAWAY    PRESENT: __✓__ By: _Goetz_
TRUSTEE: BESKIN    PRESENT: __✓__

__XX__ CONFIRMATION HEARING

__X__ TRUSTEE'S MOTION TO DISMISS/CONVERT

### OBJECTIONS

| CREDITOR: | COUNSEL | PRESENT |
|---|---|---|
|  |  |  |
|  |  |  |

| MODIFIED PLAN FILED: | SET FOR: |
|---|---|
| AMENDED PLAN FILED (DKT. # 14) | USED 8/16/10 FOR ORDER |
| AMENDED PLAN FILED (DKT. # 25) | USED 12/20/10 FOR ORDER |

| | |
|---|---|
| ✓ PLAN CONFIRMED |  |
| CASE DISMISSED |  |
| ATTORNEY FEE REQUEST |  |

| | DATE: |
|---|---|
| CONFIRMATION HEARING CONTINUED |  |
| TRUSTEE'S MOTION TO DISMISS/CONVERT CONTINUED |  |
| ✓ TRUSTEE'S MOTION TO DISMISS/CONVERT CONTINUED WITH CONDITIONS ORDER DUE FROM: _Callaway_ | 2-14-11 @ 9:30 AM |

### COMMENTS

|  |
|---|
|  |
|  |
|  |

FOR THE COURT:
WILLIAM E. ANDERSON, U.S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & COMPANY, COURT REPORTERS (434) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY
KATHY H. WARREN, COURTROOM DEPUTY

***NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.